IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 2:18-CR-04052-BCW-03 |
| ANGELA MARIE LUNCEFORD, | ) | |
| Defendant. | ) | |

## **ORDER**

    Before the Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation concerning Defendant's guilty plea. (Doc. #74). No objections were filed to the Report and Recommendation. After an independent review of the record, the applicable law, the Court adopts the Magistrate's recommendation and accepts the guilty plea as to Count V of the Superseding Indictment, charging her with a violation of 21 U.S.C. § 843(b). Accordingly, it is hereby

    ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order, and accepts the plea agreement. (Doc. # 75).

    IT IS SO ORDERED.


DATED: <u>April 3, 2019</u>                              /s/ Brian C. Wimes
                                                                        JUDGE BRIAN C. WIMES
                                                                        UNITED STATES DISTRICT COURT